UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MALEAH COKER,** | ) |
| | ) Case No. 3:23-CV-00470-JZ |
| Plaintiff, | ) |
| | ) Judge Jack Zouhary |
| **V.** | ) |
| | ) |
| **BEER BARREL, INC.,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Pursuant to the Court's February 1, 2024 Order Granting the Parties' Joint Motion to Stay Pending Mediation (Doc. 25), the Parties report that they reached a settlement in principle via mediation on June 13, 2024. The Parties respectfully ask that the Court keep the current stay in effect while the Parties work to formalize their settlement and prepare a motion for approval.

    Respectfully submitted,

    /s/ *Adam J. Rocco*
    Adam J. Rocco (0083807)
    Oliver D. Frey (0098479)
    VORYS, SATER, SEYMOUR & PEASE LLP
    52 East Gay Street
    Columbus, OH 43215
    Telephone: (614) 464-6286
    Facsimile: (614) 464-6286
    ajrocco@vorys.com
    odfrey@vorys.com

    *Attorneys for Defendant Beer Barrel, Inc.*

    */s/ Jeffrey J. Moyle (with permission)*
    Jeffrey J. Moyle (0084854)
    Robi J. Baishnab (0086195)

1

        NILGES DRAHER LLC
        1360 E 9th St, Suite 808 Cleveland, OH 44114
        Telephone: (216) 230-2955 Facsimile: (330) 754-1430
        Email: jmoyle@ohlaborlaw.com
        rbaishnab@ohlaborlaw.com

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed and served on all parties of record pursuant to the Court's electronic filing system this 14th day of June, 2024. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's system.

        /s/ *Oliver D. Frey*
        Oliver D. Frey

        *Attorney for Defendant*
        *Beer Barrel, Inc.*